1  Ira Spiro (State Bar No. 67641)
   Linh Hua (State Bar No. 247419)
2  **SPIRO MOORE LLP**
   11377 W. Olympic Blvd., 5th Floor
3  Los Angeles, California 90064
   Telephone: (310) 235-2468
4  Facsimile:  (310) 235-2456
   e-mail:   ira@spiromoore.com
5             linh@spiromoore.com

6  Sahag Majarian, II, Esq. (State Bar No. 146621)
   **LAW OFFICES OF SAHAG MAJARIAN, II**
7  18250 Ventura Boulevard
   Tarzana, California 91356
8  Telephone: (818) 609-0807
   Facsimile:  (818) 609-0892
9  e-mail:   sahagii@aol.com

10 Attorneys for Plaintiff OSCAR MUNOZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MUNOZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL PARKING SYSTEM, INC., a Tennessee corporation;<br>and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 12-7929 PA (RZx)<br><br>**STIPULATION FOR RELIEF FROM LOCAL RULE 23-3;**<br><br>**[PROPOSED] ORDER FILED HEREWITH**<br><br>Date Action Filed: July 7, 2010<br>Removal Date:     September 13, 2012<br>Trial Date:       None |

1
STIPULATION FOR RELIEF FROM LOCAL RULE 23-3

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Oscar Munoz and Defendant Central Parking System, Inc. though and by their attorneys hereby, subject to Court approval enter, into this stipulation for relief from Central District Local Rule 23-3 based on the following facts:

1. Plaintiff filed a putative class action on July 7, 2010 in Los Angeles County Superior Court.

2. On August 19, 2010, Defendant filed a Notice of Removal, and the matter was *sua sponte* remanded to state court on August 30, 2012.

3. After the parties conducted extensive investigations (including, but not limited to, the depositions of three designated corporate representatives, requests for production of documents, interrogatories, and expert analyses of thousands of pay and time records), the parties commenced briefing class certification issues.

4. On August 17, 2012, Plaintiff filed his Motion for Class Certification.

5. On September 7, 2012, Defendant filed an Opposition to Plaintiff's Motion for Class Certification.

6. On September 13, 2012, Defendant filed a Notice of Removal in the United States District Court for the Central District of California, and this case was re-assigned to the Honorable Percy Anderson pursuant to Section 6.0 of General Order 08-05.  Pursuant to Central District Local Rule 23-3, Plaintiff is required to file a motion for class certification within 90 day of the Notice of Removal (by December 12, 2012), unless otherwise ordered by the Court.

7. On November 2, 2012, this Court issued an Order setting the Scheduling Conference for January 7, 2013.

8. On November 28, 2012, after a private mediation with Hon. Carl J. West (Ret.), the parties reached an agreement on the material terms of a proposed class action settlement that would fully resolve this matter.

9. On November 29, 2012, Plaintiff immediately reported the settlement to the Court Clerk and filed a Notice of Proposed Class Action Settlement to notify the Court.

10. The parties believe relief from Local Rule 23-3 furthers the policy of the Court, under Local Rule 16-15, to encourage disposition of civil litigation by settlement.

11. Pursuant to Rule 23(e), Plaintiff will address the issues of class certification in the motion for preliminary approval of class action settlement, and the parties wish to avoid duplicative efforts by the Court and the parties by filing a motion for class certification in light of the proposed settlement.

12. At this time, the parties are working diligently to document settlement terms in preparation for the motion for preliminary approval of class action settlement. Rather than dedicating resources to further litigating this matter and continue briefing issues regarding class certification, the parties believe relief from Local Rule 23-3 will allow them to continue documenting settlement terms and proceed towards obtaining Court approval of the proposed class action settlement. The parties anticipate filing the motion for preliminary approval of class action settlement by the date of the Scheduling Conference, January 7, 2013.

///
///
///

THEREFORE, in the interest of conserving judicial resources and the resources of the parties, in light of the proposed class action settlement, and consistent with the Court policy to encourage disposition of civil litigation by settlement, the parties stipulate to and request relief from Central District Local Rule 23-3.

Respectfully submitted,

Dated: December 3, 2012        SPIRO MOORE LLP

By:  /s/
Linh Hua
Attorneys for Plaintiff Oscar Munoz

Dated: December 3, 2012        LITTLER MENDELSON PC

By:  /s/ **
Keith A. Jacoby
Gregory P. Wong
Attorneys for Defendant
Central Parking System, Inc.

** Filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.