Ira Spiro (State Bar No. 67641)
Linh Hua (State Bar No. 247419)
**SPIRO MOORE LLP**
11377 W. Olympic Blvd., 5th Floor
Los Angeles, California 90064
Telephone:  (310) 235-2468
Facsimile:   (310) 235-2456
e-mail:    ira@spiromoore.com
              linh@spiromoore.com

Sahag Majarian, II, Esq. (State Bar No. 146621)
**LAW OFFICES OF SAHAG MAJARIAN, II**
18250 Ventura Boulevard
Tarzana, California 91356
Telephone:  (818) 609-0807
Facsimile:   (818) 609-0892
e-mail:    sahagii@aol.com

Attorneys for Plaintiff OSCAR MUNOZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| OSCAR MUNOZ, individually, and on behalf of all others similarly situated, | Case No. CV 12-7929 PA (RZx) |
|---|---|
| Plaintiff, | **STIPULATION FOR MAGISTATE JUDGE TO CONDUCT SETTLEMENT PROCEEDINGS IN CIVIL CASE** |
| vs. | |
| CENTRAL PARKING SYSTEM, INC., a Tennessee corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

SPIRO MOORE LLP

1
STIPULATION FOR MAGISTRATE JUDGE TO CONDUCT SETTLEMENT
PROCEEDINGS ONLY

Pursuant to Local Rule 73-1, Plaintiff Oscar Munoz and Defendant Central Parking System, Inc. hereby stipulate to have the Magistrate Judge conduct settlement proceedings in this civil case.

Respectfully submitted,

Dated: January 11, 2013          SPIRO MOORE LLP


By:   /s/
_____
Linh Hua
Attorneys for Plaintiff Oscar Munoz


Dated: January 11, 2013          LITTLER MENDELSON PC


By:   /s/ **
_____
Keith A. Jacoby
Gregory P. Wong
Attorneys for Defendant
Central Parking System, Inc.

** Filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2

STIPULATION FOR MAGISTRATE JUDGE TO CONDUCT SETTLEMENT PROCEEDINGS ONLY