KEITH A. JACOBY, Bar No. 150233
GREGORY P. WONG, Bar No. 204502
CARLOS JIMENEZ, Bar No. 227534
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
E-mail: kjacoby@littler.com
E-mail: gwong@littler.com
E-mail: cajimenez@littler.com

Attorneys for Defendant
CENTRAL PARKING SYSTEM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MUNOZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEM, INC., a Tennessee corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV12-7929 PA (RZx)<br><br>**JOINT STIPULATION TO TAKE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION OFF CALENDAR PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Complaint Filed: July 7, 2010 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Plaintiff Oscar Munoz and Defendant Central Parking System, Inc. hereby enter into the stipulation set forth below, based on the following facts:

WHEREAS, on December 5, 2012, the Court ordered the parties to "file either a motion for preliminary approval of a class action settlement or a motion for class certification pursuant to Local Rule 23-3" on or before January 7, 2013;

WHEREAS, the parties have agreed to terms of a class-wide settlement and Plaintiff filed an unopposed motion for preliminary approval of such settlement on January 7, 2013;

WHEREAS, as a precautionary measure, Plaintiff also filed a motion for class certification on January 7, 2013 as there would not be sufficient time to subsequently file a motion for class certification within the requirements of Local Rule 23-3 should the Court deny the motion for preliminary approval of the parties' settlement;

WHEREAS, both the motion for preliminary approval of settlement and motion for class certification are set for February 11, 2013 before this Court;

WHEREAS, the parties strongly agree that the proposed settlement is fair and appropriate for approval by the Court;

WHEREAS, the parties also agree that having both motions on the same track for briefing and hearing will result in a waste of resources and time for the Court as well as both parties, because approval of the settlement will moot the question of class certification;

THEREFORE, the parties stipulate that Plaintiff's Motion for Class Certification may be taken off calendar and may be re-noticed for a later hearing date; that Plaintiff's filing of the Motion for Class Certification will be deemed compliant with Local Rule 23-3; and that the Motion for Class Certification may be renewed without prejudice should the Court ultimately deny preliminary or final approval of the parties' settlement.

//

//

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: January 14, 2012 |   |
|   | /s/<br>KEITH A. JACOBY<br>GREGORY P. WONG<br>CARLOS JIMENEZ<br>LITTLER MENDELSON<br>A Professional Corporation<br>Attorneys for Defendant<br>CENTRAL PARKING SYSTEM, INC. |
| Dated: January 14, 2012 |   |
|   | /s/**<br>IRA SPIRO<br>LINH HUA<br>SPIRO MOORE LLP<br>Attorneys for Plaintiff Oscar Munoz |

** Filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Firmwide:117534200.2 024404.1079

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3.