UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MUNOZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEM, INC., a Tennessee corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV12-7929 PA (RZx)<br><br>[PROPOSED] ORDER TO TAKE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION OFF CALENDAR PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Having reviewed the parties' Stipulation to Take Plaintiff's Motion For Class Certification Off Calendar Pending Resolution of Plaintiff's Motion for Preliminary Approval of Class Settlement, good cause having been shown, it is hereby ordered:

1. Plaintiff's Motion for Class Certification is taken off calendar and may be re-noticed for a later hearing date;
2. Plaintiff's filing of the Motion for Class Certification on January 7, 2013 is deemed compliant with Local Rule 23-3; and,
3. Plaintiff's Motion for Class Certification may be renewed without prejudice should the Court ultimately deny preliminary or final approval of the parties' settlement.

**IT IS SO ORDERED.**

Dated: January 15, 2013

Hon. Percy Anderson
United States District Court Judge

Firmwide:117535325.2 024404.1079

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308