JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MUNOZ, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>CENTRAL PARKING SYSTEM, INC., a Tennessee corporation,<br><br>     Defendant. | CV 12-7929 PA (RZx)<br><br>JUDGMENT |

Pursuant to the settlement agreement ("Settlement Agreement") between plaintiff Oscar Munoz ("Plaintiff") and defendant Central Parking System, Inc. ("Defendant"), the Court's March 13, 2013 Minute Order granting the Motion for Preliminary Approval of Class Action Settlement, and the Court's August 26, 2013 Minute Order granting the Motions for Final Approval of Class Action Settlement and for Attorney's Fees,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

1.   The following persons are certified as Settlement Class Members[1] solely for the purpose of entering a settlement in this matter:  All persons who were employed by Defendant in California in hourly-paid positions at any time between July 7, 2006 and

---

[1]   Capitalized terms in this Judgment shall have the same meaning as in the Settlement Agreement unless indicated otherwise.

1  December 31, 2012. Class Members are bound by the Settlement unless they submitted
2  timely and valid written requests to be excluded from the Settlement; and
3        2.    The Court hereby orders that Settlement Class Members who did not timely
4  exclude themselves from the Settlement have released those claims against Defendant as set
5  forth in the Settlement Agreement; and
6        3.    Having received five requests for exclusion from the Settlement, the Court
7  finds those individuals are not bound by the terms of the Settlement Agreement; and
8        4.    The Court hereby directs the Settlement Administrator to pay all Settlement
9  Class Members that submitted valid claims and claims otherwise accepted by the Parties in
10 accordance with the terms of the Settlement Agreement; and
11       5.    The Court awards an enhancement payment of $5,000.00, to be paid to Oscar
12 Munoz according to the terms of the Settlement Agreement; and
13       6.    The Court orders payment to the Settlement Administrator, Settlement
14 Services, Inc., a wholly owned subsidiary of GCG, Inc., for fees and expenses, the amount
15 of $45,000.00 to be paid from the Gross Settlement Amount, pursuant to the Settlement
16 Agreement;
17       7.    The Court approves payment to the California Labor and Workforce
18 Development Agency in the amount of $7,500.00; and
19       8.    The Court awards attorney's fees in the amount of $300,000 (25% of the Gross
20 Settlement Amount) and $15,321.49 in costs, as supported by declaration, to be paid to Class
21 Counsel according to the terms of the Settlement Agreement.
22       IT IS SO ORDERED, ADJUDGED, AND DECREED
23 DATED: August 26, 2013

                                              _____
                                                       Percy Anderson
                                              UNITED STATES DISTRICT JUDGE

-2-